# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MANGAN, *et al.*, | ) | CASE NO. 1: 12 CV 00613 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| LANDMARK 4, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been informed by counsel for the parties that this matter and related matter 1:12CV00614 have been resolved. Accordingly, this case is DISMISSED. The parties may submit additional filings within 30 days of the date of this Order if they so choose.

IT IS SO ORDERED.

*s/Donald C. Nugent*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: 2/3/2015